**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES L. GLOVER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS DeJOY, U.S. Postmaster General** | : | **NO. 20-1913** |

## <u>ORDER</u>

**NOW**, this 23rd day of September, 2022, upon consideration of the Defendant's Motion for Summary Judgment and for a Stay (Doc. No. 28), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.


<u>/s/ TIMOTHY J. SAVAGE J.</u>